12 So.2d 873

**W. W. McLEOD v. CITY OF MOBILE.**

I Div. 444.

Court of Appeals of Alabama.

March 16, 1943.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

12 So.2d 873

**Bill McLESKEY v. STATE.**

8 Div. 321.

Court of Appeals of Alabama.

Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

18 So.2d 118

**Bill McLESKEY v. STATE.**

8 Div. 388.

Court of Appeals of Alabama.

Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

18 So.2d 118

**Charles Cleo (alias Bill) McLESKEY v. STATE.**

8 Div. 386.

Court of Appeals of Alabama.

Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

18 So.2d 118

**Charles Cleo (alias Bill) McLESKEY v. STATE.**

8 Div. 387.

Court of Appeals of Alabama.

Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

11 So.2d 881

**P. H. McREYNOLDS v. STATE.**

6 Div. 923.

Court of Appeals of Alabama.

Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.